WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anthony Sanchez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV 04-794 PHX ROS (VAM) |
| | ) | |
| CO II Rivas, et al., | ) | <u>O R D E R</u> |
| | ) | |
| Defendants. | ) | |

On November 20, 2006, plaintiff filed a third motion for appointment of counsel. (Doc. 77). Plaintiff has provided no additional compelling arguments in this motion to require the appointment of counsel. Plaintiff's attention is again directed to the Court's last Order (Doc. 57).

**IT IS THEREFORE ORDERED** that plaintiff's motion for appointment of counsel is denied without prejudice. (Doc. 77).

DATED this 29th day of November, 2006.

VIRGINIA A. MATHIS
U. S. Magistrate Judge